

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Clinton Keith Dawson and Brandy Lake,
Appellants

No. 06-13-00107-CV          v.

Will Matthew Lowrey, Appellee

Appeal from the County Court at Law No.
1 of Hunt County, Texas (Tr. Ct. No.
CC1200401).  Opinion delivered by Justice
Moseley, Chief Justice Morriss and Justice
Carter participating.  Dissenting Opinion by
Justice Carter.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellants, Clinton Keith Dawson and Brandy Lake, pay all costs of this appeal.

RENDERED JULY 29, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk